

# Fourth Court of Appeals
## San Antonio, Texas

February 22, 2017

No. 04-16-00519-CV

Loren **BREWER**,
Appellant

v.

**SCHLUMBERGER TECHNOLOGY CORPORATION**, Schlumberge, N.V. a/k/a
Schlumberger Limited and Jose Salazar Jr.,
Appellees

From the 79th Judicial District Court, Jim Wells County, Texas
Trial Court No. 14-09-53692-CV
Honorable Richard C. Terrell, Judge Presiding

# O R D E R

Sitting:     Marialyn Barnard, Justice
             Rebeca C. Martinez, Justice
             Patricia O. Alvarez, Justice

Appellees contend that because Rig Relocators, LLC and Rig Relocators were never served, the trial court's May 13, 2016 summary judgment orders were final, and Brewer's notice of appeal, which was filed August 12, 2016, was untimely because his motion for new trial was untimely. Thus, appellees agree the appeal should be dismissed for want of jurisdiction, but because Brewer's notice of appeal is untimely, not because the judgments are interlocutory.

After reviewing the record, it appears there is a fact question as to whether service upon Rig Relocators, LLC and Rig Relocators was effective and proper. It is not within the purview of this court to determine questions of fact. Accordingly, we **GRANT** appellees' motion for rehearing, **WITHDRAW** our opinion and judgment of January 11, 2017, and **ORDER** the appeal **REINSTATED**. We **ORDER** the appeal **ABATED** and **REMANDED** to the trial court for that court to hold a hearing on or before **March 24, 2017** to determine whether Rig Relocators, LLC and Rig Relocators were properly served and therefore, are defendants in the matter below. We **ORDER** the trial court, after the hearing, to prepare findings of fact and conclusions of law on the service issue. We **ORDER** the district clerk to prepare a supplemental clerk's record including the trial court's findings of fact and conclusions of law and file it in this court on or before **April 10, 2017**. We **ORDER** the court reporter to prepare a record of the

hearing on the service issue and file it in this court on or before **April 10, 2017**. All other deadlines are abated until further order of this court.

We **order** the clerk of this court to serve a copy of this order on the trial court, all counsel, the district clerk, and the court reporter.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of February, 2017.

_____
Keith E. Hottle
Clerk of Court